# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 0:22-CV-61189-RAR

Plaintiff: **DENISE PAYNE**
vs.
Defendant: **RETAIL WESTON PARTNERS, LLC and FLANIGAN'S ENTERPRISES, INC. D/B/A FLANIGAN'S SEAFOOD BAR AND GRILL,**

For:
Anthony J. Perez, Esq.
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74TH COURT
#3
MIAMI, FL 33155

Received by Lindsay Legal Services, Inc on the 23rd day of June, 2022 at 11:35 am to be served on **FLANIGAN'S ENTERPRISES, INC. C/O JEFFREY D KASTNER, AS REGISTERED AGENT, 5059 NE 18TH AVENUE, FORT LAUDERDALE, FL 33334**

I, FRANCISCO COLON, do hereby affirm that on the **28th day of June, 2022** at **2:05 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Paulina Fernández** as **Office Manager** for **FLANIGAN'S ENTERPRISES, INC. C/O JEFFREY D KASTNER, AS REGISTERED AGENT** at the address of: **5059 NE 18TH AVENUE, FORT LAUDERDALE, FL 33334** and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
6/27/2022  11:26 am  Attempted Service. The Registered Agent is not available.

**Description** of Person Served: Age: 32, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 150, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true.
NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**FRANCISCO COLON**
#593

Lindsay Legal Services, Inc
7105 SW 8th Street
Suite 307
Miami, FL 33144
(305) 273-0317

Our Job Serial Number: RLA-2022001398

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i