# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 0:22-CV-61189-RAR

**Plaintiff:** **DENISE PAYNE**
vs.
**Defendant:** **RETAIL WESTON PARTNERS, LLC and FLANIGAN'S ENTERPRISES, INC. D/B/A FLANIGAN'S SEAFOOD BAR AND GRILL,**

For:
Anthony J. Perez, Esq.
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74TH COURT
#3
MIAMI, FL 33155

Received by Lindsay Legal Services, Inc on the 23rd day of June, 2022 at 11:35 am to be served on **RETAIL WESTON PARTNERS, LLC C/O MARC NAPOLITANO, AS REGISTERED AGENT, 1521 NW 165 STREET, MIAMI, FL 33169**.

I, ROBERTO LINDSAY, do hereby affirm that on the **24th day of June, 2022** at **11:00 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **CARUY LOPEZ** as **EMPLOYEE/ MANAGER** for **RETAIL WESTON PARTNERS, LLC C/O MARC NAPOLITANO, AS REGISTERED AGENT** at the address of: **1521 NW 165 STREET, MIAMI, FL 33169** and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
6/24/2022  11:00 am  Attempted Service. The Registered Agent is not available.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: WHITE, Height: 5'9, Weight: 250, Hair: GRAY, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true.
NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**ROBERTO LINDSAY**
C.P.S. 1094

**Lindsay Legal Services, Inc**
7105 SW 8th Street
Suite 307
Miami, FL 33144
(305) 273-0317

Our Job Serial Number: RLA-2022001399

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i