UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CIV-61189-RAR

**DENISE PAYNE**,

    Plaintiff,

v.

**RETAIL WESTON PARTNERS, LLC**,
**and FLANIGAN'S ENTERPRISES INC.**,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. On June 22, 2022, Plaintiff filed her Complaint [ECF No. 1]. Defendants were served on June 28, 2022 and June 29, 2022 respectively [ECF Nos. 5, 6]. Per Rule 12 of the Federal Rules of Civil Procedure, Defendants' response or answer to Plaintiff's Complaint was due on or before July 19, 2022. FED. R. CIV. P. 12(a)(1)(A)(i). To date, there is no indication that Defendants have filed a response or answers, nor have Defendants requested an extension of time to do so. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendants shall submit a **single combined response or separate answers** to Plaintiff's Complaint on or before **July 29, 2022**. Failure to do so will result in the entry of default against Defendant without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 26th day of July, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**