UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DENISE PAYNE

    PLAINTIFF(S)

v.

RETAIL WESTON PARTNERS, LLC, et al.,

    DEFENDANT(S).

CASE NUMBER
0:22−cv−61189−RAR

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Retail Weston Partners, LLC**
**Flanigan's Enterprises, Inc**

as of course, on the date August 3, 2022.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Collette Quinones*
Deputy Clerk

cc: Judge Rodolfo A. Ruiz, II
    Denise Payne

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)